## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | CHOATE JESSICA L. | 3189 | E5 | 990614 | 06 | 060712 | ARMY | 4814 | 1-31 JAN 06 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A BASE PAY | 2273.70 | FEDERAL TAXES | 194.81 | DISCRETIONARY ALT | 125.00 | +Tot Ent | 3559.96 |
| B BAS | 272.28 | FICA-SOC SECURITY | 140.97 | TRICARE DENTAL | 26.27 | -Tot Ded | 395.75 |
| C BAH | 1014.00 | FICA-MEDICARE | 32.97 | | | Tot Alt | 151.27 |
| D | | SGLI | 27.00 | | | =Net Amt | 3012.94 |
| E | | | | | | -Cr Fwd | .00 |
| F | | | | | | =EOM Pay | 3012.94 |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | DIEMS | RETPLAN |
| O | | | | | | 0 | |
| TOTAL | 3559.96 | | 395.75 | | 151.27 | | |

| LEAVE | BF Bal 38.0 | Ernd 10.0 | Used 3 | Cr Bal 45.0 | ETS Bal 58.5 | Lv Lost .0 | Lv Paid .0 | Use/Loss 5.0 | FED TAXES | Wage Period 2273.70 | Wage YTD 2273.70 | M/S S | Ex 02 | Add'l Tax .00 | Tax YTD 194.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | Wage Period 2273.70 | | Soc Wage YTD 2273.70 | | Soc Tax YTD 140.97 | | Med Wage YTD 2273.70 | | Med Tax YTD 32.97 | STATE TAXES | St MI | Wage Period .00 | Wage YTD .00 | M/S S | Ex 02 | Tax YTD .00 |
| PAY DATA | BAQ Type W/DEP | BAQ Depn CHILD | VHA Zip 35209 | Rent Amt .00 | Share 1 | Stat R | JFTR | Depns 0 | 2D JFTR | BAS Type | Charity YTD .00 | TPC | PACIDN R0QRUVAA | | |
| THRIFT SAVINGS PLAN (TSP) | | Base Pay Rate 0 | | Base Pay Current .00 | | Spec Pay Rate 0 | | Spec Pay Current .00 | | Inc Pay Rate 0 | Inc Pay Current .00 | | Bonus Pay Rate 0 | | Bonus Pay Current .00 |
| | | | | TSP YTD Deductions .00 | | | | Deferred .00 | | | | Exempt .00 | | | |

REMARKS:       YTD ENTITLE 3559.96       YTD DEDUCT 395.75

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-FOR FREE FED/STATE TAX ASSISTANCE AND
ELECTRONIC FILING, TAKE YOUR W-2 FORM TO
YOUR UNIT INSTALLATION ASSISTANCE CENTER OR
LEGAL ASSISTANCE OFFICE, OR FREE FILE
ALLIANCE AT WWW.IRS.GOV. DON'T DELAY - FILE
TODAY!
-JAN 06 TRICARE DENTAL PREMIUM RATE
INCREASED. FOR INFO GO TO
WWW.TRICAREDENTALPROGRAM.COM OR CONTACT
UCCI CUSTOMER SERVICE (PHONE NUMBERS
LOCATED ON WEBSITE)
-DIRECT DEPOSIT IS FASTER THAN A CHECK, AND
IN COMBINATION WITH IRS E-FILE, YOU CAN GET
YOUR INCOME TAX REFUND IN LESS THAN HALF
THE TIME
-PURCHASE A "GIFTS FROM THE HOMEFRONT" GIFT
CERTIFICATE OR "HELP OUR TROOPS CALL HOME"

CALLING CARD FOR DEPLOYED SOLDIERS
THROUGH WWW.AAFES.COM
-APPLICATIONS FOR GREEN TO GOLD PROGRAM ARE
BEING ACCEPTED NOW THROUGH 1 APR 06. FOR
DETAILS, GO TO WWW.ROTC.USAAC.ARMY.MIL.
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
INCREASE DENTAL 0601 (003)
RATE CHG BASIC PAY 060101(001)
RATE CHG BAH 060101(001)
RATE CHG BAS 060101(001)
CHARGE LEAVE 051202-051202(020)
START DISCRETIONARY ALLOTMENT 0601 (020)
BAH BASED ON W/DEP, ZIP 35209
$125.00 ALLOT: DAY OF NCO ST EMP CR UN
ACCT # GE39030
BANK COMPASS BANK
ACCT # 20727470

WWW.DOD.MIL/DFAS

DFAS Form 702, Jan 02

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) CHOATE JESSICA L | SOC. SEC. NO. 3189 | GRADE E5 | PAY DATE 990814 | YRS SVC 08 | ETS 060712 | BRANCH ARMY | ADSN/DSSN 4814 | PERIOD COVERED 1-28 FEB 06 |
|---|---|---|---|---|---|---|---|---|---|

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A BASE PAY | 2273.70 | FEDERAL TAXES | 154.61 | DISCRETIONARY ALT | 125.00 | +Tot Ent | 3559.96 |
| B BAS | 272.26 | FICA-SOC SECURITY | 140.97 | TRICARE DENTAL | 26.27 | -Tot Ded | 395.75 |
| C BAH | 1014.00 | FICA-MEDICARE | 32.97 | | | Tot Alt | 151.27 |
| D | | SGLI | 27.00 | | | =Net Amt | 3012.94 |
| E | | | | | | -Cr Fwd | .00 |
| F | | | | | | =EOM Pay | 3012.94 |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | DIEMS | RETPLAN |
| N | | | | | | 990212 | HIGH 3 |
| O | | | | | | | |
| TOTAL | 3559.96 | | 395.75 | | 151.27 | | |

| LEAVE | BF Bal 38.0 | Ernd 12.5 | Used 12 | Cr Bal 38.5 | ETS Bal 49.6 | Lv Lost .0 | Lv Paid .0 | Use/Lose .0 | FED TAXES | Wage Period 2273.70 | Wage YTD 4547.40 | M/S S | Ex 02 | Add'l Tax .00 | Tax YTD 389.62 |
| FICA TAXES | | Wage Period 2273.70 | | Soc Wage YTD 4547.40 | | Soc Tax YTD 281.94 | | Mcd Wage YTD 4547.40 | Med Tax YTD 65.94 | STATE TAXES | St MI | Wage Period .00 | Wage YTD .00 | M/S S | Ex 02 | Tax YTD .00 |
| PAY DATA | | BAQ Type W/DEP | BAQ Depn CHILD | VHA Zip 35209 | Rent Amt .00 | | Share 1 | | Stat R | JFTR | Depns 0 | 2D JFTR | BAS Type | Charity YTD .00 | TPC | PACIDN RBQRUVAA |
| THRIFT SAVINGS PLAN (TSP) | | Base Pay Rate 0 | | Base Pay Current .00 | | Spec Pay Rate 0 | | Spec Pay Current .00 | Inc Pay Rate 0 | | Inc Pay Current .00 | | Bonus Pay Rate 0 | | Bonus Pay Current .00 |
| | | | | TSP YTD Deductions .00 | | | | | Deferred .00 | | | | Exempt .00 | | | |

REMARKS:     YTD ENTITLE 7119.82      YTD DEDUCT 791.50

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-FOR FREE FED/STATE TAX HELP AND E-FILING,
TAKE YOUR W-2 FORM TO YOUR UNIT, INSTALLA-
TION ASSISTANCE CENTER OR LEGAL ASSISTANCE
OFFICE, OR FREE FILE ALLIANCE AT
WWW.IRS.GOV.
-SOLDIERS IN MOS 97E WITH BASD OF 1 OCT 04
OR LATER MUST CONTACT
TERESE.BUCHIN@HOFFMAN.ARMY.MIL BY 31 MAR 06
TO ACCEPT OR DECLINE LANGUAGE TRAINING.
-DIRECT DEPOSIT IS FASTER, SAFER THAN A
CHECK. AND YOU CAN GET YOUR INCOME TAX
REFUND IN LESS THAN HALF THE TIME WHEN YOU
E-FILE WITH IRS.
-FREE MILITARY ONE SOURCE TURBO TAX IS

AVAILABLE AT WWW.MILITARYONESOURCE.COM.
-REFER QUALITY RECRUITS TO THE ARMY AND GET
A $1,000 BONUS. GO TO
HTTPS://WWW.USAREC.ARMY.MIL/SMART/.
-ARMY SPECIAL OPERATIONS FORCES BOARD
CONVENES APRIL 06 TO SELECT COMMISSIONED
OFFICERS FOR CIVIL AFFAIRS OR PSYCHOLOGICAL
OPERATIONS DETACHMENT COMMANDS. VISIT
WWW.BRAGG.ARMY.MIL/CAPSYOP/ FOR INFO
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
CHARGE LEAVE 051219-051227(032)
BAH BASED ON W/DEP, ZIP 35209
BANK COMPASS BANK
ACCT # 20727470

WWW.DOD.MIL/DFAS

DFAS Form 702, Jan 02