**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court
NORTHERN DISTRICT OF ALABAMA
Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

Case No. <u>06–00637–TBB7</u>
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jessica L Choate
   aka Jessica Williams
   1009 Hampton Park Drive
   Birmingham, AL 35216

Social Security No.:
   xxx–xx–3189

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                BY THE COURT

Dated: <u>5/31/06</u>                                     <u>Thomas B Bennett</u>
                                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTENTION DEBTOR:    IMPORTANT DOCUMENT!    PLEASE KEEP FOR YOUR RECORDS!**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1126-2          User: lstubblef          Page 1 of 1              Date Rcvd: May 31, 2006
Case: 06-00637                Form ID: b18             Total Served: 32
```

```
The following entities were served by first class mail on Jun 02, 2006.
db         +Jessica L Choate,   1009 Hampton Park Drive,   Birmingham, AL 35216-6565
smg        +Valrey Early,   BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr         +National City Bank,   c/o Weltman, Weinberg & Reis Co., L.P.A.,   323 W. Lakeside Ave., #200,
             Cleveland, OH 44113-1009
4598422     Atlantic Credit & Finance Inc,   P O Box 13386,   Roanoke VA 24033-3386
4598424    +Brian Williams,   17775 South Darrins Way,   Kinross MI 49752-9164
4598425     Charter Communications,   3443 Lorna Lane,   Birmingham AL 35216-5227
4598426    +Children's Hospital,   1600 7th Avenue South,   Birmingham AL 35233-1785
4598427    +Children's Hospital Physicians,   1600 7th Avenue South,   Birmingham AL 35233-1711
4598428    +Client Services Inc,   3451 Harry S Truman Blvd,   St Charles MO 63301-9816
4598429    +Credit Bureau of Montgomery,   P O Box 230609,   Montgomery AL 36123-5609
4598430    +Credit Management Inc,   4200 International Parkway,   Carrollton TX 75007-1912
4598431    +Crystal Springs of Alabama,   P O Box 11786,   Birmingham AL 35202-1786
4598433     Franklin Collection Service,   P O Box 3910,   Tupelo MS 38803-3910
4598434    +Holloway & Moxley LLP,   P O Box 4953,   Montgomery AL 36103-4953
4598435     J Crew Inc,   Customer Service,   P O Box 182273,   Columbus OH 43218-2273
4598437    +La Petite Academy,   135 Riverchase Parkway East,   Birmingham AL 35244-1812
4598438     Law Office of John P Frye PC,   P O Box 13665,   Roanoke VA 24036-3665
4598439     Michigan Guaranteed SL,   P O Box 30047,   Lansing MI 48909-7547
4598441    +National Enterprise System,   29125 Solon Road,   Solon OH 44139-3442
4598443    +Southwest Credit Systems Inc,   5910 West Plano Parkway Ste 100,   Plano, TX 75093-2202
4598445    +TRS Recovery Services Inc,   5251 Westheimer,   Houston TX 77056-5412
4598444    +The Reserve at Hampton Park,   100 Hampton Park Drive,   Birmingham AL 35216-6546
4598446     U S Dept of Education Direct Loans,   PO Box 5609,   Greenville, TX 75403-5609
The following entities were served by electronic transmission on Jun 01, 2006 and receipt of the transmission
was confirmed on:
4598420    +EDI: ARROW.COM Jun 01 2006 01:52:00     Arrow Financial Services LLC,   5996 West Touhy Avenue,
             Niles IL 60714-4610
4598421     EDI: ARSN.COM Jun 01 2006 01:51:00     Associated Recovery Systems,   P O Box 469046,
             Escondido CA 92046-9046
4598423    +E-mail: bellsouth.bankruptcy@bellsouth.com Jun 01 2006 05:02:10     BellSouth,
             301 West Bay Street,   Room 12DD1,   Jacksonville FL 32202-4476
4598432    +EDI: WELTMAN.COM Jun 01 2006 01:52:00     Dell Financial Services,   3500 A Wadley Place,
             Austin TX 78728-1279
4598432    +E-mail: ebndell@weltman.com Jun 01 2006 05:01:56     Dell Financial Services,
             3500 A Wadley Place,   Austin TX 78728-1279
4598436     EDI: TSYS.COM Jun 01 2006 01:51:00     JCPenney Credit Services,   Customer Service C/O GEMB,
             P O Box 981131,   El Paso TX 79998-1131
4598440    +E-mail: bncnotices@nationalcity.com Jun 01 2006 05:01:49     National City Bank,
             Consumer Loan Svc Bankr Dept,   6750 Miller Road,   Brecksville OH 44141-3262
4598442     E-mail: ext_ebn_inbox@navyfederal.org Jun 01 2006 05:02:15     Navy Federal Credit Union,
             P O Box 3000,   Merrifield VA 22119-3000
4598447     EDI: WTRWFNNB.COM Jun 01 2006 01:52:00     WFNB/Victoria's Secret,   P O Box 182128,
             Columbus OH 43218-2128
4598448    +EDI: WOLPOFF.COM Jun 01 2006 01:52:00     Wolpoff & Abramson L L P,   Two Irvington Centre,
             702 King Farm Blvd,   Rockville MA 20850-5774
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 02, 2006**                    Signature: *Joseph Speetjens*